**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jamar ANDERSON, Defendant–Appellant.**

No. 03–30143
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 23, 2003.

Stephen A. Higginson, Assistant US Attorney, Duane Evans, US Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Robin Elise Schulberg, Gary V. Schwabe, Jr., Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM:*

Jamar Anderson appeals his conviction for being a felon in possession of a firearm.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

He argues that the district court erred in denying his motion to suppress by considering his prior conviction when making a credibility determination between the conflicting testimony of a defense witness and two police officers. We find nothing in the district court's order that supports an inference that the inclusion of the term "convicted felon" suggests any impropriety.

Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.